In the Matter of the Claim of MARIE CARROLL, Respondent, against PATRICK OATES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award in so far as it allows $527.57 for medical services, etc., is reversed and matter remitted to the State Industrial Board because of failure of proof to show that the employer refused, after request within section 13 of the Workmen's Compensation Law, to furnish such services, with costs against the Board to abide the event. In all other respects the award is affirmed. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of Mrs. IKE SHIER, Respondent, against S. & M. BAKERY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that evidence of causal relation does not sustain the finding of the Board on that subject, the oral testimony overcoming that contained in the deposition. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Claim of SOL JACOBSON, Appellant, against JAMAICA JEWISH CENTER, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of FRANCES W. CARROLL, Respondent, against FREDERICK A. STOKES CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ALBERT J. SULLIVAN, Respondent, against HULDA B. SULLIVAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of FERDINAND STEUBBEN, Respondent, against LETITIA CRAIG DARLINGTON (ROCK GATE FARM) and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ETHEL M. PINCKERT, Respondent, against WISTAR BAKING CORPORATION, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WILLIAM E. POST, Respondent, against ST. JOSEPH'S CHURCH, LIVERPOOL, N. Y., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.